**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Jonathan Donell Rhodes, Petitioner.

Appellate Case No. 2020-000045

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Greenville County
John C. Hayes III, Circuit Court Judge

---

Memorandum Opinion No. 2021-MO-001
Heard February 3, 2021 – Filed March 10, 2021

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Chief Appellate Defender Robert Michael Dudek, Appellate Defender Lara Mary Caudy, and Appellate Defender Victor R. Seeger, all of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Deputy Attorney General Donald J. Zelenka, Senior Assistant Deputy

Attorney General Melody Jane Brown, and Assistant Attorney General Tommy Evans Jr., all of Columbia; and Solicitor William Walter Wilkins III, of Greenville, for Respondent.

—————————

**PER CURIAM:**  We issued a writ of certiorari to review the court of appeals' decision in *State v. Rhodes*, Op. No. 2019-UP-361 (S.C. Ct. App. filed Nov. 6, 2019). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**